UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

MACHELL L. MCDONALD                                    Case No. 09-33531-DOT

                                                       Chapter 13

　　　14205 Georgia Avenue Apt. 204

　　　Silver Spring, MD 20906

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 4439

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $250.00 in connection with the filing of a post-confirmation modified plan. There being no objection filed to the application for compensation in this matter to date in the amount of $250.00 and that the Chapter 13 trustee, Robert E. Hyman, is authorized to pay an additional $250.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____
　　　　　　Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton, VSB# 29640, Counsel for Debtor
111 Highland Ave.
Colonial Heights, VA 23058
Tel: (804)520-2428
Fax: 804-318-3806

Seen and agreed

/s/ Robert E. Hyman
Robert E. Hyman

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Richard J. Oulton
Richard J. Oulton

Please send a copy of this Order to:

**NAME AND ADDRESS OF TRUSTEES**

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780


**MACHELL L. MCDONALD**
Debtor
**14205 GEORGIA AVENUE APT. 204
SILVER SPRING, MD 20906**